12/7/2020 2:56 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 48702324
By: C Ougrah
Filed: 12/7/2020 2:56 PM

# 2020-78239 / Court: 152

### NO. _____

| | | |
|---|---|---|
| **ALAN MOSS** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **V.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **HOUSTON HOUSING AUTHORITY** | § | |
| **Defendants.** | § | |
| | § | **_____ JUDICIAL DISTRICT** |

## PLAINTIFF'S ORIGINAL PETITION

NOW COMES Alan Moss, Plaintiff, and files this Original Petition, and would show as follows:

### I.
### INTRODUCTION

This suit is brought under 42 U.S.C. § 1983 to vindicate Plaintiff's First Amendment rights to speak out on a public matter in a public forum and to vindicate his Fourteenth Amendment right not to be deprived of his property or liberty without due process. Plaintiff was an employee of Defendant, Houston Housing Authority. Plaintiff, on his "Facebook" page made public comments about the violent riots taking place throughout the United States. Following his public statements, Defendant, acting through its management (decision makers) fired the Plaintiff, calling him a racist. Defendant, acting through its Board, retaliated against Plaintiff for the exercise of his rights secured by the First Amendment of the Constitution of the United States.

### II.
### JURISDICTION

This Court has concurrent jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1367.

### III.
### VENUE

Venue is proper in District Court of Harris County Texas pursuant to the Texas Civil



Procedure & Remedies Code.

## IV.
## PARTIES

1.      Alan Moss is an individual who resides in Montgomery, Texas.

2.      Defendant, Houston Housing Authority ("HHA") is a unit of government for all purposes under the laws of the State of Texas.  TEX. LOC. GOV'T CODE § 392.006; TEX. LOC. GOV'T CODE § 392. 011.  HHA is a public corporation located in Harris County, Texas.  HHA may be served with process by serving its president, Mark Thiele, at 2640 Fountain View Drive, Houston, Texas 77057 or wherever he may be found.

## V.
## FACTUAL BACKGROUND

3.      Alan Moss served as the Director of Real Estate Investments and Development for the Houston Housing Authority.  On or about May 30, 2020, Moss posted statements on Facebook, a public forum, condemning violent riots throughout  the United States.  The violent riots were highlighted by assaults, murders, arson and destruction—matters of clear public concern.  On June 3, 2020, Moss was terminated from the HHA.

4.      HHA's Board, in conjunction with its President, terminated Moss.  The decision to terminate was made by the policy makers of the HHA.  Further, those policy makers were aware that the protections afforded a government employee, to speak out on a matter of public concern in a public forum, have long been established as a protected right.  Moss's speech, condemning the violent riots, was a substantial or motivating factor for his termination.  Any other excuse for Moss's termination is a pretext.

5.      Moss attempted to exercise any available administrative remedies to cure the constitutional deprivation he endured at the hands of the HHA.  Moss was informed by Keland Lewis, General Counsel for the HHA, that no administrative remedies were available to Moss.

2

6.       HHA has deprived Moss of the protections afforded him pursuant to the First

Amendment of the United States Constitution and has been denied his due process rights pursuant

to the Fourteenth Amendment to the United States Constitution.   As a result of HHA's actions,

Moss has suffered damages.

## VI.
## CAUSES OF ACTION

8.       Plaintiff repeats the foregoing factual allegations with respect to each of the causes

of action set forth below and incorporates them herein as if fully set forth.

### A.
### 42 U.S.C. §1983

9.       At all times relevant to this cause of action, Mark Theile, the Board of Directors of

HHA, and the HHA were acting under color of state law and Theile and  the Board were exercising

the authority given them by the governmental entity that employed them, namely the HHA.   The

actions taken against Plaintiff by Houston Housing Authority were undertaken pursuant to the

instructions and express directions of the entity's policy makers, the President, Mark Theile, and

the Board of Directors. Through the actions or omissions detailed above, Theile and the Houston

Housing Authority, caused the unlawful deprivation of Plaintiff's rights in violation of the First

Amendment and Fourteenth Amendment to the U.S. Constitution.   Additionally, Plaintiff was

deprived of his procedural and substantive due process rights and his liberty interests under the

Fourteenth Amendment of the United States Constitution as he was deprived of his job without

due process of law.   Plaintiff is entitled to injunctive relief and to damages.   Also outlined in the

facts section, it is the custom and policy of the Houston Housing Authority to violate citizens First

Amendment rights in order to further the political positions of the policy makers of the HHA.

10.       Defendant, HHA's actions were the proximate cause of damages to the plaintiff.

Certified Document Number: 93397335 - Page 3 of 5

3

At all times material to this cause of action, the rights that form the basis of this suit were clearly established, and reasonable persons in defendant's position should have known that their actions violated plaintiff's rights. Defendant acted with malice and its policy makers conspired to violate plaintiff's rights. All of these constitutional violations are attributable against the defendant through the conduit of the Fourteenth Amendment and 42 U.S.C. §1983.

11.     There is no reasonable basis upon which the Defendant's policy makers could reasonably believe it was not violating clearly established constitutional rights as created by the First and Fourteenth Amendments to the United States Constitution.

## VII.
## DAMAGES

12.     As a proximate cause of defendants' actions, plaintiff has been damaged in an amount within the jurisdictional limits of the Court. Plaintiff's damages include lost wages, mental anguish and attorney's fees. Plaintiff seeks the full damages that he is entitled to under the law.

## VIII.
## ATTORNEY'S FEES AND COSTS

13.     Plaintiff is entitled to recover reasonable and necessary attorney fees and costs under 42 U.S.C. § 1988,

## IX.
## CONDITIONS PRECEDENT

14.     All conditions precedent have been met.

## X.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays for judgment against Defendants jointly and severally as set forth below:

Certified Document Number: 93397335 - Page 4 of 5

A.     All general and special damages suffered by plaintiff as a result of defendants' violation of his United States constitutional rights;

B.     Punitive damages;

C.     Reasonable and necessary attorney's fees incurred by plaintiff in bringing this action to its reasonable conclusion;

D.     Any and all equitable relief to which plaintiff may show himself entitled;

E.     Costs of court incurred herein;

F.     Prejudgment and post-judgment interest at the maximum legal rate; and

G.     Such other and further relief, both general and special, legal and equitable, to which plaintiff may show himself justly entitled.

## JURY DEMAND

Plaintiff hereby demands trial by jury.

Respectfully submitted,

BARCUS & CANTRELL, PLLC.
1211 19TH Street
Huntsville, Texas 77340
(936) 730-8541 Telephone
(936) 730-8535 Fax

By:    /s/ C. Bryan Cantrell
       C. Bryan Cantrell
       State Bar No. 00793459

ATTORNEYS FOR PLAINTIFF



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 4, 2021

Certified Document Number:        93397335 Total Pages:  5

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**



**Marilyn Burgess**
2020-78239 / Court: 152
HARRIS COUNTY DISTRICT CLERK

12/7/2020 2:56:27 PM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 48702324
By: Ougrah, Chancesas
Filed: 12/7/2020 2:56:27 PM

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

### Request for Issuance of Service

**CASE NUMBER:** _____    **CURRENT COURT:** _____

**Name(s) of Documents to be served:** Plaintiff's Original Petition _____

**FILE DATE:** _____12/07/2020_____ Month/Day/Year
**SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):**

**Issue Service to:** **Houston Housing Authority** _____

Address of Service: **2640 Fountain View Dr.,** _____

City, State & Zip: **Houston , Texas 77057 or wherever he may be found** _____

Agent (if applicable) **its President, Mark Thiele** _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

| | | |
|---|---|---|
| ☒ **Citation** ☐ **Citation by Posting** ☐ | **Citation by Publication** | ☐ **Citations Rule 106 Service** |
| ☐ **Citation Scire Facias** | Newspaper_____ | |
| ☐ **Temporary Restraining Order** ☐ | **Precept** | ☐ **Notice** |
| ☐ **Protective Order** | | |
| ☐ **Secretary of State Citation ($12.00)** ☐ | **Capias (not an E-Issuance)** ☐ | **Attachment** |
| ☐ **Certiorari** | **Highway Commission ($12.00)** | |
| ☐ **Commissioner of Insurance ($12.00)** ☐ | **Hague Convention ($16.00)** | ☐ **Garnishment** |
| ☐ **Habeas Corpus** ☐ | **Injunction** | ☐ **Sequestration** |
| ☐ **Subpoena** | | |
| ☐ **Other (Please Describe)** _____ | | |

**(See additional Forms for Post Judgment Service)**

**SERVICE BY (*check one*):**
☐ **ATTORNEY PICK-UP (phone)** _____    ☒ **E-Issuance by District Clerk**
☐ **MAIL to attorney   at:** _____         **(No Service Copy Fees Charged)**
☐ **CONSTABLE**                                             *Note*: The email registered with EfileTexas.gov must be
☐ **CERTIFIED MAIL by District Clerk**                      used to retrieve the E-Issuance Service Documents.
                                                            Visit www.hcdistrictclerk.com for more instructions.

☐ **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____   Phone: _____

☐ **OTHER**, *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: __C. Bryan Cantrell__   Bar # or ID 00793459

Mailing Address: 1211 19TH Street, Huntsville, Texas 77340

Phone Number: 936-730-8541 _____

Certified Document Number: 93397336 - Page 1 of 1



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 4, 2021

Certified Document Number:        93397336 Total Pages:  1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

Receipt Number: 921274
Tracking Number: 73818985

EML
COPY OF PLEADING PROVIDED BY PLT

CAUSE NUMBER: 202078239

| | |
|---|---|
| PLAINTIFF: MOSS, ALAN | In the 152nd Judicial |
| vs. | District Court of |
| DEFENDANT: HOUSTON HOUSING AUTHORITY | Harris County, Texas |

CITATION

THE STATE OF TEXAS
County of Harris

TO: HOUSTON HOUSING AUTHORITY BY SERVING ITS PRESIDENT MARK THIELE

2640 FOUNTAIN VIEW DRIVE

HOUSTON TX 77057

OR WHEREVER HE MAY BE FOUND

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on December 7, 2020, in the above numbered and styled cause
on the docket in the above Judicial District Court of Harris County, Texas, in the
courthouse in the City of Houston, Texas. The instrument attached describes the claim
against you.

    YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not
file a written answer with the District Clerk who issued this citation by 10:00 a.m.
on the Monday next following the expiration of twenty days after you were served this
citation and petition, a default judgment may be taken against you.

    ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this
December 7, 2020.



*Marilyn Burgess*

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002

Generated By: CHANCESAS OUGRAH

Issued at request of:
CANTRELL, CARLTON BRYAN
PO BOX 1019
HUNTSVILLE, TX  77342-0000
936-730-8541

Bar Number: 00793459

Certified Document Number: 93398009 - Page 1 of 2

Tracking Number: 73818985
EML

CAUSE NUMBER: 202078239

PLAINTIFF: MOSS, ALAN

In the 152nd

    vs.

Judicial District Court

DEFENDANT: HOUSTON HOUSING AUTHORITY

of Harris County, Texas

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____o'clock ____. M., on the _____ day of _____, 20_____.
Executed at (address) _____
in _____ County
at _____ o'clock ____. M., on the _____ day of _____, 20 _____,
by delivering to _____ defendant,
in person, a true copy of this
Citation together with the accompanying _____ copy(ies) of the
_____ Petition
attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____ day of _____, 20 _____.

FEE:  $ _____

    _____
        _____ of _____

County, Texas

_____    By: _____
       Affiant                   Deputy

On this day, _____, known to me to be the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this _____ of _____, 20 _____

                _____
                    Notary Public

Certified Document Number: 93398009 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 4, 2021

Certified Document Number:        93398009 Total Pages: 2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

12/15/2020 2:11 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 48969093
By: KATINA WILLIAMS
Filed: 12/15/2020 2:11 PM

Tracking Number: 73818985
EML

CAUSE NUMBER: 202078239

| | |
|---|---|
| PLAINTIFF: MOSS, ALAN | In the 152nd |
| vs. | Judicial District Court |
| DEFENDANT: HOUSTON HOUSING AUTHORITY | of Harris County, Texas |

### OFFICER/AUTHORIZED PERSON RETURN

Came to hand at **11:45** o'clock **A.** M., on the **8th** day of **DECEMBER** , 20 **20** .

Executed at (address) **2640 FOUNTAIN VIEW DRIVE, HOUSTON, TX** in **HARRIS** County at **11:45** o'clock **A.** M., on the **10th** day of **DECEMBER** , 20 **20** , by delivering to **KELAND LEWIS, ✳** _____ defendant, in person, a true copy of this Citation together with the accompanying **1** copy(ies) of the **Plaintiff's Original** Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this **10th** day of **DECEMBER** , 20 **20** .

FEE: $ _____

_____

_____ of _____

County, Texas

**Jane R. Herklotz**
**PSC # 11145** Affiant   EXP. **10/31/2021**

By: _____
Deputy
**LANE R. HERKLOTZ**

On this day, _____ , known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME on this **10TH** of **December** , 20 **20**

Ashley Ann Sisk
My Commission Expires
11/06/2024
ID No. 128808369

_____
Notary Public

**✳ AUTHORIZED to ACCEPT on behalf of MARK THIELE, PRESIDENT of the HOUSTON HOUSING AUTHORITY ( KELAND LEWIS, INTERIM VICE-PRESIDENT + GENERAL COUNSEL FOR HOUSTON HOUSING AUTHORITY)**

Receipt Number: 921274
Tracking Number: 73813985

EML
COPY OF PLEADING PROVIDED BY PLT

CAUSE NUMBER: 202078239

PLAINTIFF: MOSS, ALAN                              In the 152nd Judicial

vs.                                               District Court of

DEFENDANT: HOUSTON HOUSING AUTHORITY              Harris County, Texas

CITATION

THE STATE OF TEXAS
County of Harris

TO: HOUSTON HOUSING AUTHORITY BY SERVING ITS PRESIDENT MARK THIELE

2640 FOUNTAIN VIEW DRIVE

HOUSTON TX 77057

OR WHEREVER HE MAY BE FOUND

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on December 7, 2020, in the above numbered and styled cause
on the docket in the above Judicial District Court of Harris County, Texas, in the
courthouse in the City of Houston, Texas. The instrument attached describes the claim
against you.

    YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your attorney do not
file a written answer with the District Clerk who issued this citation by 10:00 a.m.
on the Monday next following the expiration of twenty days after you were served this
citation and petition, a default judgment may be taken against you.

    ISSUED AND GIVEN UNDER MY HAND and seal of said Court, at Houston, Texas, this
December 7, 2020.



                                    *Marilyn Burgess*

                                    Marilyn Burgess, District Clerk
                                    Harris County, Texas
                                    201 Caroline, Houston, Texas 77002

                                    Generated By: CHANCESAS OUGRAH

Issued at request of:
CANTRELL, CARLTON BRYAN
PO BOX 1019
HUNTSVILLE, TX  77342-0000
936-730-8541

Bar Number: 00793459



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 4, 2021

Certified Document Number:        93529879 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

12/21/2020 7:31 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 49116250
By: Johnathan Johnson
Filed: 12/21/2020 7:31 AM

CAUSE NO. 2020-78239

| | | |
|---|---|---|
| ALAN MOSS | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| HOUSTON HOUSING AUTHORITY | § | 152ND JUDICIAL DISTRICT |

## DEFENDANT HOUSTON HOUSING AUTHORITY'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND

**TO THE COURT:**

Defendant Houston Housing Authority (HHA) files this Original Answer to Plaintiff's Original Petition and as grounds for such will state as follows:

1.   As authorized by **TRCP 92**, HHA enters a general denial of all matters pled by Plaintiff and request that the Court require Plaintiff Alan Moss to prove his charges and allegations by a preponderance of the evidence that is required by the Constitution and laws of the State of Texas.

2.   For further answer, if such be necessary, HHA pleads and claims that a unilateral expectation of continued employment by Plaintiff does not create a property interest; therefore, claims against HHA are without legal foundation because Texas is an at-will employment state and, absent a specific agreement to the contrary, an employee like Plaintiff may be terminated without cause at any time. *Montgomery Cty. Hosp. Dist. v. Brown*, 965 S.W.2d 501, 502 (Tex. 1998); and *Bd. of Regents v. Roth*, 408 U.S. 564, 577 (1972).

3.   For further answer, if such be necessary, HHA pleads and claims that Plaintiff's speech-based claims are barred, in whole or in part, due to the fact that HHA's interests, as an employer promoting workplace social media protocols and policies, outweigh any interest by Plaintiff in speaking on a matter of alleged public concern.

4.   For further answer, if such be necessary, HHA pleads and claims that governmental

entities are not liable for punitive damages under **42 U.S.C. §1983**. *See City of Newport v. Fact Concerts*, 453 U.S. 247 (1981).

5.      For further answer, if such be necessary, HHA pleads and claims that Plaintiff's claims for attorney's fees is solely based on an event of minimal constitutional significance; therefore, any judicial pronouncement that HHA has violated the Constitution, will likely not be accompanied by an enforceable judgment on the merits and will not render the Plaintiff a prevailing party entitled to attorney's fees. *See Farrar v. Hobby*, 506 U.S. 103 (1992).

6.      For further answer, if such be necessary, HHA pleads and claims that Plaintiff's **42 U.S.C. § 1983** action is frivolous, unreasonable or without foundation, even though not brought in subjective bad faith; therefore, HHA requests that it recover attorney's fees from the Plaintiff consistent with **42 U.S.C. § 1988**. *See Hughes v. Rowe*, 449 U. S. 105 (1980).

7.      For further answer, if such be necessary, HHA pleads and claims, notwithstanding any other law, that any prejudgment interest award only equals the postjudgment interest rate applicable at the time of judgment, **TFC § 304.103**.

8.      For further answer, if such be necessary, HHA pleads and claims, notwithstanding any other law, that any prejudgment interest award not be assessed or recovered on future damages, **TFC § 304.1045**.

9.      For further answer, if such be necessary, HHA pleads and claims, notwithstanding any other law, that any damage judgment not include prejudgment interest for that period (and amount) that a written settlement offer could have been accepted by Plaintiff, where the damage award is more than, equal to or less than the amount of the written settlement offer, **TFC § 304.105**.

10.     For further answer, if such be necessary, HHA pleads and claims, notwithstanding any other law, that any postjudgment interest applied to a money judgment only equals the amount determined by the consumer credit commissioner (as published by the Secretary of State in the Texas Register) as of the 15th day of the preceding month, **TFC § 304.003-004.**

11.     For further answer, if such be necessary, HHA pleads and claims, consistent with **TRCP 193.7**, that it intends to use documents produced by a party (Alan Moss) in response to written discovery against the producer of such in any pretrial proceeding or trial unless a timely specific good faith factual/legal objection is made to the use of such produced document.

12.     For further answer, if such be necessary, pursuant to **TRCP 216**, HHA hereby demands trial by jury.

        **THEREFORE**, Defendant Houston Housing Authority prays that upon final hearing Plaintiff Alan Moss take nothing against it by reason of this suit, that it receive judgment in its favor, that it recover its costs, and that it have such other and further relief to which it may be justly entitled.

                                        Respectfully submitted,

                                        **CALLIER LAW GROUP PLLC**

                                        */s/ Joseph Alan Callier*
                                        Joseph Alan Callier
                                        TBN – 03663500
                                        4900 Woodway, Suite 700
                                        Houston, Texas 77056
                                        Telephone: (713) 439-0248
                                        Facsimile: (713) 439-1908
                                        Email: callier@callierlawgrouppllc.com
                                        Attorney for Defendant
                                        **Houston Housing Authority**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served upon all counsel of record electronically through the electronic filing manager or, in person, mail, by commercial delivery service, by facsimile or email on the 21st day of December, 2020.

/s/ Joseph Alan Callier
Joseph Alan Callier



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 4, 2021

Certified Document Number:        93607349 Total Pages:  4

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

12/31/2020 9:44 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 49327941
By: KATINA WILLIAMS
Filed: 12/31/2020 9:44 AM

CAUSE NO. 2020-78239

| | | |
|---|---|---|
| **ALAN MOSS** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| | § | |
| **v.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **HOUSTON HOUSING AUTHORITY** | § | **152ND JUDICIAL DISTRICT** |

## DEFENDANT HOUSTON HOUSING AUTHORITY'S SPECIAL EXCEPTION TO PLAINTIFF'S ORIGINAL PETITION

**TO THE COURT:**

Defendant Houston Housing Authority (HHA) in the above-styled and numbered case, files these Special Exceptions to Plaintiff's Original Petition and will show as follows:

1.      Pursuant to TRCP 47, HHA is entitled to know the maximum amount of damages claimed by the Plaintiff in this cause. HHA respectfully requests that this court order the Plaintiff to amend the Petition to state the maximum amount sought as damages in this case and, consistent with TRCP 47(c), until the pleading is amended, may not conduct discovery.

2.      HHA specially excepts to Plaintiff's Paragraph Nos. 3, 4 & 9. Such paragraphs do not state with specificity the circumstances (all content, form, and context within 4 corners of posting) surrounding statements posted on Facebook, whether the content, form, and context of the posting might cause a reader to conclude that such were made by Plaintiff as the Director of Real Estate Investments and Development for the Houston Housing Authority, rather than as a simple citizen (the First Amendment to the Constitution does not insulate putative official duty communications from employer discipline) *Connick v. Myers,* 461 U.S. 138, 147-48, 103 S. Ct. 1684, 75 L.Ed.2d 708 (1983). Without such content, form, and context specificity, HHA cannot adequately assess its liability and prepare a defense and requests that Plaintiff be required to replead consistent with this special exception.

G:\Docs\141 Documents\141-70 Moss\Pleadings\HHA Special Exceptions.doc          *Page 1*

3.       HHA specially excepts to Plaintiff's Paragraph Nos. 5, 6 & 9. Such paragraphs do not state with specificity the circumstances through which he claims a property interest in continued employment at HHA to trigger protections under due process Fourteenth Amendment. The threshold for a due process claim is whether Plaintiff has been deprived of a life, liberty, or property interest. In order to establish a protected property interest, Plaintiff must specify a set of facts creating a legitimate claim to the benefit of continued employment with HHA under state law, not merely a unilateral desire for it. *Whiting v. Univ. of S. Miss.*, 451 F.3d 339, 344-45 (5th Cir. 2006). In the employment context, this generally means that employment is protected by statute, contract, or explicit agreement and cannot be terminated without cause. Without specificity about a statute or contract or agreement modifying HHA's entitlement to at-will employment provisions of the State of Texas, HHA cannot adequately assess its liability and prepare a defense. HHA requests that Plaintiff be required to replead consistent with this special exception.

4.       HHA specially excepts to Plaintiff's Paragraph No. X B. Such paragraph does not state, with specificity, the legal basis for punitive damages under 42 U.S.C. §1983 consistent with *City of Newport v. Fact Concerts*, 453 U.S. 247 (1981). Without such specificity, HHA cannot adequately assess its liability and prepare a defense. HHA requests that Plaintiff be required to replead consistent with this special exception.

THEREFORE, Defendant, Houston Housing Authority, prays that upon final hearing this Special Exception be in all things GRANTED, that Plaintiff take nothing against Defendant by reason of this suit, that Defendant receive judgment in its favor, that Defendant recover its costs, and that Defendant have such other and further relief to which Defendant may be justly entitled.

Respectfully submitted,

**CALLIER LAW GROUP PLLC**

*/s/ Joseph Alan Callier*
Joseph Alan Callier
TBN – 03663500
4900 Woodway, Suite 700
Houston, Texas 77056
Telephone: (713) 439-0248
Facsimile: (713) 439-1908
Email: callier@callierlawgrouppllc.com
Attorney for Defendant
**Houston Housing Authority**

## CERTIFICATE OF CONFERENCE

With respect to conducting a conference on the merits of this Motion:

    _____         I have been unsuccessful in my attempts to contact opposing counsel.

    ___X___         I have been unsuccessful in my attempts to discuss this matter with opposing counsel as said attorney has not returned my telephone calls or responded to my correspondence.   Exhibit A

    _____         This matter has been discussed with opposing counsel and no agreement on the Motion could be reached.

    _____         Opposing counsel has agreed or is unopposed to Defendant's **request** under this Motion.

*/s/ Joseph Alan Callier*
Joseph Alan Callier

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served upon all counsel of record electronically through the electronic filing manager or, in person, mail, by commercial delivery service, by facsimile or email on the 31st day of December, 2020

*/s/ Joseph Alan Callier*
Joseph Alan Callier



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 4, 2021

Certified Document Number:        93732982 Total Pages:  3

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**



# CALLIERLAWGROUPPLLC

www.callierlawgrouppllc.com

Joseph Alan Callier
callier@callierlawgrouppllc.com

BOARD CERTIFIED
CIVIL AND PERSONAL INJURY TRIAL LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

4900 Woodway, Suite 700
Houston, Texas 77056
Telephone: 713-439-0248
Facsimile: 713-439-1908

December 21, 2020

**_VIA ELECTRONIC SERVICE_**

C. Bryan Cantrell
Barcus & Cantrell, PLLC
1211 19th Street
Huntsville, Texas 77340

RE: Cause No. 2020-78239; *Alan Moss v. Houston Housing Authority*; In the District
Court, Harris County, Texas,152nd Judicial District

Dear Counsel:

Enclosed please find a draft copy of Defendant Houston Housing Authority's Special
Exceptions which I anticipate filing in connection with the above-referenced matter. I would
appreciate your advising whether you are opposed to my filing of these Special Exceptions so
that I may indicate same in my Certificate of Conference. Should I not hear from you by 12:00
noon on Monday, December 28,2 020 I will assume that you are opposed to these Special
Exceptions and will indicate so on the Certificate of Conference.

In anticipation of your response, I remain

Sincerely,

/s/ Joseph Alan Callier

Joseph Alan Callier

JAC/kr
*Enclosure*



Certified Document Number: 93732983 - Page 1 of 3



**ProDoc®eFiling 2**                                    logged in as Roberts@callierlawgrouppllc.com

Home | Submit Filing | Submit eService | My Filings | My Cases | My eServices | Firm Management | Resources

**Filing Progress**

1. Case Information
2. Upload Documents
3. eService
4. Review
5. Process
6. **Acknowledgement**

**Start a New Filing**

🖨 Print Page

## Proof of Service

**Your submission was successful!** Your trace number is **49116328**. The details of your filing are shown below.

You can monitor the status of this submission by clicking here.

The date and time below will be the official timestamp when this filing is accepted by the clerk.

| Filed Date & Time | |
|---|---|
| **Date:** | **Time | Time Zone:** |
| Monday, December 21, 2020 | 7:37:30 AM |

| Fee | Est.Amount | Payment Information |
|---|---|---|
| ProDoc, Inc. Fees | | **Account Name:** JAC |
| eFiling/eService Fee | $3.00 | **Payment Method:** Credit Card |
| 8.25% Sales Tax | $0.25 | **Credit Card Type:** VISA |
| Court Fees | | **Card Number:** XXXX XXXX XXXX 4045 |
| The State eFiling System Processing Fees | | **Card Expiration Date:** 03/2023 |
| Convenience Fee | $0.09 | **Transaction Amount:** $3.34 |
| | | **Transaction Status:** |
| **Envelope Total:** | $3.34 | **Transaction ID:** 72448847 |
| | | **Transaction Order ID:** 049116250-0 |

| Personal Information | Envelope Information | |
|---|---|---|
| **Filer:** Kathy Roberts | **Case Title:** MOSS, ALAN v HOUSTON HOUSING AUTHORITY | **Plaintiff / Petitioner / Old Name(s):** |
| **Filer Type:** Attorney | **Sealed Case:** No | MOSS, ALAN |
| **Attorney:** Joseph Alan Callier | **Court Name:** Harris District Clerk - Civil | **Defendant / Respondent(s):** |
| **Firm or Organization:** Callier Law Group PLLC | **Case Category:** Civil - Employment | HOUSTON HOUSING AUTHORITY |
| **Bar Number:** 3663500 | **Case Type:** Discrimination | **Registered Agent(s):** |
| **Address:** 4900 Woodway Dr Ste 700 Houston, TX 77056 | **Cause Number:** 202078239 | HOUSTON HOUSING AUTHORITY BY SERVING ITS PRESIDENT MARK THIELE |
| **Phone:** 713-439-0248 | | |

| Document Information | | Service Recipients |
|---|---|---|
| **Reference Number:** | 141-70 | **eService** |
| **Comments For Clerk:** | Houston Housing Authority's Certificate of Conference Special Exceptions | » Bryan Cantrell   bryan@bctexaslawyers.com<br>» Ashley Sisk   Ashley@bctexaslawyers.com<br>» Joseph Callier   callier@callierlawgrouppllc.com<br>» Megan Callier   mcallier@callierlawgrouppllc.com |

| Stand-alone eService |
|---|

**Service Document:**
📄 coc special exception.pdf **[Administrative Writs]**
**Document Description:** coc special exception.pdf


Certified Document Number: 93732983 - Page 2 of 3

HHA Special Exceptions.pdf [**Administrative Writs**]

**Document Description:**HHA Special Exceptions.pdf

Bookmark This Page          Privacy Policy          www.ProDoc.com          Contact Us

This site and all contents Copyright ©2003-2020 Thomson Reuters. All rights reserved.

Certified Document Number: 93732983 - Page 3 of 3



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 4, 2021

Certified Document Number:        93732983 Total Pages:  3

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

12/31/2020 9:44:49 AM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 49327941
By: WILLIAMS, KATINA L
Filed: 12/31/2020 9:44:49 AM

CAUSE NO. 2020-78239

| | | |
|---|---|---|
| ALAN MOSS | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| HOUSTON HOUSING AUTHORITY | § | 152ND JUDICIAL DISTRICT |

## ORDER

On this date, this Court read and considered Defendant **Houston Housing Authority's** Special Exceptions to Plaintiff's Original Petition, and after considering the facts, arguments of counsel and applicable law, it rules on Defendant's Special Exceptions as follows:

Special Exception number 1 is GRANTED_____     DENIED_____;

Special Exception number 2 is GRANTED_____     DENIED_____;

Special Exception number 3 is GRANTED_____     DENIED_____;

Special Exception number 4 is GRANTED_____     DENIED_____; it is therefore,

**ORDERED** that all pleadings inconsistent with Defendant **Houston Housing Authority's** exceptions be hereby struck and that Plaintiff must re-plead his Original Petition Defendant's Special Exception within thirty (30) days of the date of this Order and no discovery can be conducted by Plaintiff until a pleading consistent with Defendant's Special Exception is filed with this Court.

**SIGNED**, this the _____ day of _____, 2021.

_____
**JUDGE PRESIDING**

Certified Document Number: 93732984 - Page 1 of 2

APPROVED BY:

**CALLIER LAW GROUP PLLC**

*/s/ Joseph Alan Callier*
Joseph Alan Callier
TBN – 03663500
4900 Woodway, Suite 700
Houston, Texas 77056
Telephone: (713) 439-0248
Facsimile: (713) 439-1908
Email: callier@callierlawgrouppllc.com
Attorney for Defendant
**HOUSTON HOUSING AUTHORITY**

Certified Document Number: 93732984 - Page 2 of 2



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 4, 2021

Certified Document Number:        93732984 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

12/31/2020 9:51 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 49328147
By: Johnathan Johnson
Filed: 12/31/2020 9:51 AM

## CAUSE NO. 2020-78239

| | | |
|---|---|---|
| **ALAN MOSS** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| | § | |
| **v.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **HOUSTON HOUSING AUTHORITY** | § | **152ND JUDICIAL DISTRICT** |

### NOTICE OF SUBMISSION

**YOU WILL TAKE NOTICE** that Defendant Houston Housing Authority's Special

Exceptions have been set for submission on Monday, January 18, 2021 at 8:00 a.m. in the 152nd

Judicial District Court, Harris County, Texas.

Respectfully submitted,

**CALLIER LAW GROUP PLLC**

/S/ Joseph Alan Callier
Joseph Alan Callier
TBN – 03663500
4900 Woodway, Suite 700
Houston, Texas  77056
Telephone: (713) 439-0248
Facsimile:  (713) 439-1908
Email: callier@callierlawgrouppllc.com

Attorney for Defendant
**HOUSTON HOUSING AUTHORITY**

Certified Document Number: 93732868 - Page 1 of 2

G:\DOCS\141 DOCUMENTS\141-70 MOSS\PLEADINGS\NOS SP EXC.DOC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served upon all counsel of record electronically through the electronic filing manager or, in person, mail, by commercial delivery service, by facsimile or email on the 31st day of December, 2020.

*/s/ Joseph Alan Callier*
Joseph Alan Callier

G:\DOCS\141 DOCUMENTS\141-70 MOSS\PLEADINGS\NOS SP EXC.DOC



I, Marilyn Burgess, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   January 4, 2021

Certified Document Number:      93732868 Total Pages:  2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**