United States District Court
Southern District of Texas
**ENTERED**
January 05, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALAN MOSS, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:21-cv-00025 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| HOUSTON HOUSING AUTHORITY, | § | |
| Defendant. | § | |

## ORDER

The Court is advised that the parties have settled their dispute in conference before Magistrate Judge Sam Sheldon.

All claims by Plaintiff Alan Moss against Defendant Houston Housing Authority are DISMISSED WITH PREJUDICE.

Moss may move within sixty days to reinstate his claims against Defendant if approval of documentation or condition precedent fails.

SO ORDERED.

Signed on January 5, 2022, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge